UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 23, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COURTNEY DAVIS,<br><br>　　　　　Defendant. | Case No. 2:22-mj-0135-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>COURTNEY DAVIS</u> Case No. <u>2:22-mj-0135-CKD</u> Charges <u>21 USC § 846</u> from custody for the following reasons:

　　　　_____　Release on Personal Recognizance

　　　　_____　Bail Posted in the Sum of $ _____

　　　x　　　Unsecured Appearance Bond $ <u>50,000.00 co-signed by Valerie Blair</u>

　　　　_____　Appearance Bond with 10% Deposit

　　　　_____　Appearance Bond with Surety

　　　　_____　Corporate Surety Bail Bond

　　　　_____　(Other): <u>Defendant to be RELEASED FORTHWITH from USM Lockup.</u>

Issued at Sacramento, California on September 23, 2022 at 2:05 PM.

　　　　　　　　By:　 /s/ Carolyn K. Delaney
　　　　　　　　　　　 Magistrate Judge Carolyn K. Delaney